UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| OSCAR VAZQUEZ CHAVEZ, | ) | CIV.  04-4165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ON STIPULATION |
| | ) | FOR DISMISSAL |
| LOISEAU CONSTRUCTION, INC., a | ) | |
| corporation; JAMES R. LOISEAU, an | ) | |
| individual; and SHAW LOISEAU, an | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is a Stipulation For Dismissal [doc. #40], signed by counsel for all parties to this matter.  Good cause appearing, it is hereby

ORDERED the Stipulation For Dismissal [doc. #40] is GRANTED.  The above-entitled action is DISMISSED WITH PREJUDICE.  Each party is responsible for its own costs and attorney's fees.

Dated this 15th day of December, 2006.

BY THE COURT:

/s/ *Andrew W. Bogue*
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE